August 18, 2022

Hon. Fernando Galindo
Clerk of the United States District Court
for the Eastern District of Virginia
401 Courthouse Square
Alexandria, VA 22314

URGENT: REQUEST EXPEDITED HANDLING OF MOTION TO FILE UNDER PSEUDONYM AND FOR TEMPORARY RESTRAINING ORDER

**RE: Jane Doe v. ABA Accredited Law School**

Dear Hon. Clerk Galindo:

I am writing with the general purpose to open a case, which, if approved by the court, shall be captioned, "Jane Doe v. ABA Accredited Law School, et. al." I have included with this letter a series of documents, redacted copies of the same, and a USB Drive Containing the remaining documents.

As a quick background to impress upon you the urgency of this matter, I am a law student pursuing a J.D. at an ABA accredited law school in New York via distance learning. I am seeking an Emergency TRO with the hope that I may continue my studies via distance learning from Virginia. The matter is very urgent because the university recently informed me that they will no longer allow distance learning and class is scheduled to start on Monday, August 22, 2022. I've done my best given the short notice nature of the school's announcement and my limited legal training.

Included herein are:

- *APPLICATION TO PROCEED WITHOUT PAYING FEES (PAPER DOCUMENT)*
- *CIVIL COVER SHEET (JS44)(PAPER DOCUMENT)*
- *DRAFT SUMMONSES (5) FOR HOFSTRA UNIVERSITY, AMERICAN BAR ASSOCIATION, DEPARTMENT OF EDUCATION, US ATTORNEY GENERAL, AND THE UNITED STATES ATTORNEY FOR THE EASTERN DISTRICT OF VIRGINIA*
- *REQUEST AUTHORIZATION TO BRING ELECTRONICS AND FILE BY USB (PAPER COPY)*
- *PRO SE PLAINTIFF JANE DOE'S EMERGENCY EX PARTE MOTION FOR IMMEDIATE RELIEF TO FILE BY PSEUDONYM, TO EXCEED PAGE LIMITS, AND TO FILE ELECTRONIC DOCUMENTS VIA USB (USB)*
- *MEMORANDUM IN SUPPORT OF PLAINTIFF'S EMERGENCY MOTION FOR IMMEDIATE RELIEF TO FILE SUIT BY PSEUDONYM, TO EXCEED PAGE LIMITS, AND TO FILE ELECTRONIC DOCUMENTS VIA USB (USB)*
- *DECLARATION OF JANE DOE (USB)*

- *EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER (USB)*
- *MEMORANDUM IN SUPPORT OF PLAINTIFF'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER (USB)*
- *[PROPOSED] TEMPORARY RESTRAINING ORDER/PRELIMINARY INJUNCTION (USB)*
- *MOTION FOR PRELIMINARY INJUNCTION (USB)*
- *PLAINTIFF'S MEMORANDUM IN SUPPORT OF PRELIMINARY INJUNCTION (USB)*
- *PLAINTIFF'S VERIFIED COMPLAINT (USB)*

Per my discussion with the clerk, I will plan to attend tomorrow's Motions Hearing, at 10:00 a.m., and would like a date set for a Hearing on the Preliminary Injunction once the Court rules on TRO.

Sincerely,

Jane Doe
Plaintiff, *pro se*