RECEIVED
[illegible] 19 2022
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

United States District Court
For the Eastern District of Virginia
E-Noticing Registration Request for Pro Se Litigants

Case Number: ______________

Name: JANE DOE

Address: 2470 MANDEVILLE, LN, 639
ALEXANDRIA, VA 22314

______________

Telephone Number: 857 293 1150

Email Address: hazel9876@outlook.com

The undersigned:

- Consents to receiving notice of filings pursuant to Fed. R. Civ. P. 5(b) via the Court's electronic filing system.
- Waives service and notice by first class mail of all electronically filed documents to include orders and judgments.
- Is responsible for immediately notifying the court in writing of any change of email address.
- Must be registered with PACER (www.pacer.gov).

Signature: [signature] Date: 8/19/2022

---

Court Use Only:

The request is GRANTED _____ *or* DENIED_____

______________ (Judge's Signature)

______________ (Date)