FILED

THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

2022 AUG 24 P 4: 41

| | | |
|---|---|---|
| Jane Doe, a pseudonym, | ) | |
| | ) | |
| Plaintiff, | ) | **REDACTED** |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. |
| ABA Accredited University, | ) | 1:22-cv-00947-PTG-JFA |
| American Bar Association, | ) | |
| Department of Education | ) | |
| | ) | |
| Defendants. | ) | |

***NOTICE OF WITHDRAWAL OF MOTION FOR PRELIMINARY INJUNCTION***

PLEASE TAKE NOTICE that the Plaintiff hereby withdraws Motion for Preliminary Injunction and reserves the right to refile after Motion for Reconsideration is Ruled Upon or Interlocutory Appeal is taken (if necessary).

RESPECTFULLY SUBMITTED this 24th day of August, 2022.

By: Jane Doe

/s/ Jane Doe