FILED

THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

2022 AUG 24  P 4:41

| | |
|---|---|
| Jane Doe, a pseudonym, ) | |
| ) | |
| Plaintiff, ) | **REDACTED** |
| ) | |
| v. ) | |
| ) | Civil Action No. |
| ABA Accredited University, ) | 1:22-cv-00947-PTG-JFA |
| American Bar Association, ) | |
| Department of Education ) | |
| ) | |
| Defendants. ) | |

***NOTICE OF FILING A EMERGENCY MOTION TO SEAL  (REDACTED)***

PLEASE TAKE NOTICE that the Plaintiff intends to file BRIEF IN SUPPORT OF EMERGENCY MOTION FOR RECONSIDERATION, OR, IN THE ALTERNATIVE EMERGENCY CERTIFICATION FOR INTERLOCUTORY APPEAL UNDER SEAL pursuant to Local Rule 5 and Rule 5.2(d) of Fed. R. Civ. P.

Furthermore, the parties are placed on Notice that they may submit memoranda in support of or in opposition to the Plaintiff's motion within seven (7) days after the filing of the motion to seal, and that they may designate all or part of such memoranda as confidential.

Pursuant to Local Rule 5(C), sealing is sought for less than the entire document or filing, and therefore, an unsealed, redacted version of the document or filing has been filed in the public record.  The certificate of service for this Notice is filed under seal.

RESPECTFULLY SUBMITTED this 24th  day of August, 2022.

By: /s/ Jane Doe

/s/ Jane Doe