FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

2022 AUG 24 P 4: 41

| | | |
|---|---|---|
| Jane Doe, a pseudonym<br><br>Plaintiff,<br><br>v.<br><br>ABA Accredited University,<br>American Bar Association,<br>Department of Education<br><br>Defendants. | ) | **REDACTED**<br><br>Civil Action No.<br>1:22-cv-00947-PTG-JFA |

**PLAINTIFF'S EMERGENCY MOTION TO FILE UNDER SEAL (REDACTED)**

Plaintiff moves the Court for an Order granting leave to file a Memorandum in Support of Plaintiff's Motion for a Preliminary Injunction UNDER SEAL pursuant to Local Rule 5 for the reasons set forth in the simultaneously filed memorandum in support of the Motion.

Respectfully Submitted,

Jane Doe

Jane Doe

Date: August 24, 2022

## REDACTED

## *PRO SE* LITIGANT CERTIFICATION

**PURSUANT TO LOCAL RULE 83.1(M)**

**Each document filed with the court by a *pro se* litigant shall bear the following certification: CERTIFICATION**

I declare under penalty of perjury that, notwithstanding my objection to the requirement, that no attorney has prepared, or assisted in the preparation of this pleading.

## CERTIFICATE OF SERVICE

I certify that on August 24th, 2021, I have filed the foregoing document, **PLAINTIFF'S EMERGENCY MOTION TO FILE UNDER SEAL (REDACTED)** with the clerk of the U.S. District Court, Eastern District of Virginia, for filing and for preparation of the summons to be picked up and served on Defendants via private process server.

Additionally, I certify that on August 24th, 2022, I have served a true copy of this Motion via email on defendant's agents, officers or counsel as follows:

To Hofstra University, President Susan Poser at Susan.Poser@hofstra.edu, and Dean of the Hofstra University, Maurice A. Deane School of Law, Dean Gail Prudenti, at Gail.Prudenti@hofstra.edu., and/or to their address at Hofstra University, Maurice A. Deane School of Law, 1000 Hempstead Tpke, Hempstead, NY 11549.

To Defendant American Bar Association, Accreditation Counsel, Section of Legal Education and Admissions to the Bar, Ms. Tacy Flint, at tflint@sidley.com, and/or to her mailing address, American Bar Association, 321 North Clark Street, Chicago, IL 60654

To Defendant, United States Department of Education, Office of Higher Education, Mr. Herman Bounds at herman.bounds@ed.gov, and/or at the main mailing address, US Department of Education, Office of General Counsel, 400 Maryland Avenue, S.W. Room 6E300, Washington, DC 20202-2111, and/or also to the United States Attorney General, Main Justice Building, 10th & Constitution Ave, NW Washington, DC 20530, and/or the local US Attorneys Office, United States Attorney for the Eastern District of Virginia, 2100 Jamieson Avenue, Alexandria VA 22314.

Service will be made to parties at the addresses once a stamped copy is received from the court with the summons.

By: Jane Doe

Jane Doe