FILED

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA ALEXANDRIA
DIVISION 2022 AUG 24 P 4: 42

| | | |
|---|---|---|
| Jane Doe, a pseudonym, | ) | |
| | ) | |
| Plaintiff, | ) | **REDACTED** |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. :22-cv-00947-PTG-JFA |
| ABA Accredited University,<br>American Bar Association,<br>Department of Education | ) | |
| | ) | |
| Defendants. | ) | |

**EMERGENCY MOTION FOR RECONSIDERATION, OR, IN THE ALTERNATIVE EMERGENCY CERTIFICATION FOR INTERLOCUTORY APPEAL (REDACTED)**

Plaintiff, [REDACTED], under pseudonym, 'Jane Doe' in the caption, *pro se*, respectfully submits the this EMERGENCY MOTION FOR RECONSIDERATION, OR, IN THE ALTERNATIVE EMERGENCY CERTIFICATION FOR INTERLOCUTORY APPEAL (SEALED) for the reasons in the contemporaneously filed brief.

As necessary, and recognizing that earlier filings have been submitted only under the name Jane Doe, plaintiff, [REDACTED] hereby adopts the filings and certifications as submitted to the court by Jane Doe, as his own, and asks the court to please accept them as authentic or provide Doe with any direction as to how to proceed in this regard.

Plaintiff respectfully requests the Court consider any facts presented in the accompanying brief that are not also reflected in the Doe Declaration, and to incorporate them into the declaration and deem them to be certified facts sworn to by plaintiff under penalty of perjury.

[SIGNATURE BLOCK ON NEXT PAGE]

**Respectfully Submitted:**

By: [REDACTED]

## REDACTED

## CERTIFICATE OF SERVICE

I certify that on August 24th, 2021, I have filed the foregoing document, **EMERGENCY MOTION FOR RECONSIDERATION, OR, IN THE ALTERNATIVE EMERGENCY CERTIFICATION FOR INTERLOCUTORY APPEAL (REDACTED)** with the clerk of the U.S. District Court, Eastern District of Virginia, for filing and for preparation of the summons to be picked up and served on Defendants via private process server.

Additionally, I certify that on August 24th, 2022, I have served a true copy of this Complaint via email on defendant's agents, officers or counsel as follows:

To Hofstra University, President Susan Poser at Susan.Poser@hofstra.edu, and Dean of the Hofstra University, Maurice A. Deane School of Law, Dean Gail Prudenti, at Gail.Prudenti@hofstra.edu., and/or to their address at Hofstra University, Maurice A. Deane School of Law, 1000 Hempstead Tpke, Hempstead, NY 11549.

To Defendant American Bar Association, Accreditation Counsel, Section of Legal Education and Admissions to the Bar, Ms. Kirsten M. Winek, J.D., Ph.D. at kirsten.winek@americanbar.org, and/or to her mailing address, American Bar Association, 321 North Clark Street, Chicago, IL 60654

To Defendant, United States Department of Education, Office of Higher Education, Mr. Herman Bounds at herman.bounds@ed.gov, and/or at the main mailing address, US Department of Education, Office of General Counsel, 400 Maryland Avenue, S.W. Room 6E300, Washington, DC 20202-2111, and/or also to the United States Attorney General, Main Justice Building, 10th & Constitution Ave, NW Washington, DC 20530, and the local US Attorneys Office, United States Attorney for the Eastern District of Virginia, 2100 Jamieson Avenue, Alexandria VA 22314.

Service will be made to or at the addresses once a stamped copy is received from the court with the summons.

By: Jane Doe

[REDACTED]