FILED: September 14, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 22-1934
(1:22-cv-00947-PTG-JFA)

---

In re: JANE DOE

Petitioner

---

O R D E R

---

The court grants leave to proceed in forma pauperis.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk