FILED

THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

2022 NOV -9 P 3:57

| | | |
|---|---|---|
| Jane Doe, a pseudonym, | ) | |
| | ) | |
| Plaintiff, | ) | **REDACTED** |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. |
| ABA Accredited University, | ) | 1:22-cv-00947-PTG-JFA |
| American Bar Association, | ) | |
| Department of Education | ) | |
| | ) | |
| Defendants. | ) | |

***NOTICE OF APPEAL OF INTERLOCUTORY ORDER***

PLEASE TAKE NOTICE that the Plaintiff hereby APPEALS the parts of the COURT'S INTERLOCUTORY ORDER OF OCTOBER 24, 2022 (Dkt. 36) which (1) deny the Motion to Proceed under Pseudonym, (2) inform and indicate that "plaintiff may be required to refile the complaint and other pleadings without the use of a pseudonym," and which (3) inform and indicate that the Motions to Seal (18, 31, 34) will be granted but "may be subject to later review."

RESPECTFULLY SUBMITTED this 9th day of November, 2022.

By:

/s/ Jane Doe

## REDACTED

## *PRO SE* LITIGANT CERTIFICATION

**PURSUANT TO LOCAL RULE 83.1(M)**

**Each document filed with the court by a *pro se* litigant shall bear the following certification:**
**CERTIFICATION**

I declare under penalty of perjury that no attorney has prepared or assisted in the preparation of this pleading.

## CERTIFICATE OF SERVICE

I certify that on November 9th, 2022, I have filed the foregoing document, ***NOTICE OF APPEAL OF INTERLOCUTORY ORDER*** with the clerk of the U.S. District Court, Eastern District of Virginia, for filing and for preparation of the summons to be picked up and served on Defendants via private process server.

Additionally, I certify that on November 9th, 2022, I have served a true copy of this **Notice** via email on defendant's agents, officers or counsel as follows:

To Counsel for Defendant Hofstra University, Suzanne Messer, Member of Bond, Schoeneck and King, at SMesser@bsk.com and/or to their address at One Lincoln Center, Syracuse, NY 13202-1355.

To Defendant American Bar Association, Accreditation Counsel, Section of Legal Education and Admissions to the Bar, Ms. Tacy Flint, at tflint@sidley.com, and/or to her mailing address, American Bar Association, 321 North Clark Street, Chicago, IL 60654

To Defendant, United States Department of Education, Office of Higher Education, Mr. Herman Bounds at herman.bounds@ed.gov, and/or at the main mailing address, US Department of Education, Office of General Counsel, 400 Maryland Avenue, S.W. Room 6E300, Washington, DC 20202-2111, and/or also to the United States Attorney General, Main Justice Building, 10th & Constitution Ave, NW Washington, DC 20530, and/or the local US Attorneys Office, United States Attorney for the Eastern District of Virginia, 2100 Jamieson Avenue, Alexandria VA 22314.

By:

/s/ Jane Doe