

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA ALEXANDRIA
DIVISION

| | |
|---|---|
| Jane Doe, a pseudonym, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. :22-cv-00947-PTG- |
| ) | JFA |
| ABA Accredited University, ) | |
| American Bar Association, ) | |
| Department of Education ) | |
| ) | |
| Defendants. ) | |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, *pro se*, pursuant to F.R.C.P Rule 41(a)(1), provides this notice of voluntary dismissal. Rule 41(a)(1) provides that:

*(a) Voluntary Dismissal.*

*(1) By the Plaintiff.*

*(A) Without a Court Order. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:*

*(i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or*

. . .

*(B) Effect. Unless the notice or stipulation states otherwise, the dismissal is without prejudice . . . .*

/s/ Jane Doe

## *PRO SE* LITIGANT CERTIFICATION

**PURSUANT TO LOCAL RULE 83.1(M)**

**Each document filed with the court by a *pro se* litigant shall bear the following certification:**

### CERTIFICATION

I declare under penalty of perjury that, notwithstanding my objection to the requirement, that no attorney has prepared, or assisted in the preparation of this pleading.

### CERTIFICATE OF SERVICE

I certify that on August 9th, 2023, I mailed the foregoing document **NOTICE OF VOLUNTARY DISMISSAL** to the clerk of the U.S. District Court, Eastern District of Virginia, for filing, at 401 Courthouse Square, Alexandria, VA 22314-5798.

Additionally, I certify that on August 9th, 2023, I have served a true copy of this **NOTICE OF VOLUNTARY DISMISSAL** on defendants' Agents, officers or counsel as follows:

To Counsel for Defendant Hofstra University, Suzanne Messer, Member of Bond, Schoeneck and King, at                      and/or to their address at One Lincoln Center, Syracuse, NY 13202-1355.

To Defendant American Bar Association, Accreditation Counsel, Section of Legal Education and Admissions to the Bar, Ms. Tacy Flint, at                    , and/or to her mailing address, American Bar Association, 321 North Clark Street, Chicago, IL 60654.

To Defendant, United States Department of Education, Office of Higher Education, Mr. Herman Bounds at                      , and/or at the main mailing address, US Department of Education, Office of General Counsel, 400 Maryland Avenue, S.W. Room 6E300, Washington, DC 20202-2111, and/or to the United States Attorney General, Main Justice Building, 10th & Constitution Ave, NW Washington, DC 20530, and/or the local US Attorney's Office, United States Attorney for the Eastern District of Virginia, 2100 Jamieson Avenue, Alexandria VA 22314.

By:

/s/ Jane Doe