309 10th St S, 501
Arlington, VA 22202

RECEIVED
MAILROOM
AUG 14 2023
...T COURT
...IA

NOVA 220
10 AUG 23 PM 03

FOREVER
USA

Clerk of the United States District Court
for the Eastern District of Virginia
Albert V. Bryan US Courthouse
401 Courthouse Square
Alexandria, VA 22314

US MARSHALS SERVICE

22314-579899